UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| MELISSA LOVE, | ) | |
| ERIN BROCK, | ) | |
| MICHAEL DRURY, | ) | |
| LANE STUMLER, | ) | |
| JO ANN DALE, | ) | |
| CAROL UEBELHOER, | ) | |
| JENNIFER REDMOND, | ) | |
| JANA KOHORST, | ) | |
| | ) | 4:14-cv-00015-RLY-TAB |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL RICHARD PENCE, | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

This matter is currently set for a telephonic conference on APRIL 4, 2014 at 2:00 p.m. (EST). Counsel in this matter should be prepared to remain on the line following the general conference in order to address the Plaintiffs' Motion for Immediate Preliminary and Permanent Injunction filed on March 31, 2014.

**SO ORDERED** this 1st day of April 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record