UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| MELISSA LOVE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-15-RLY-TAB |
| | ) | |
| MICHAEL RICHARD PENCE, | ) | |
| in his official capacity as Governor | ) | |
| of the State of Indiana, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \*

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**

In his Memo in Opposition, Defendant Governor Michael Pence stood by his claim that he is not a proper party to this (or any) challenge to the "Indiana Defense of Marriage Act," IC § 31-11-1-1, because he has no authority to enforce the statute. (DN 36). The Court has since called this claim a "bold misrepresentation" when it reinstated the Governor as a defendant in *Bowling v. Pence*.[1] (See the Court's August 19, 2014 Entry on Cross Motions for Summary Judgment in *Bowling v. Pence*, No. 1:14-cv-00405-RLY-TAB, pg. 5). As the Court found in *Bowling* (and as Plaintiffs' argued in their Motion for Reconsideration in the instant case), after the Court struck down IC § 31-11-1-1 on June 25, 2014, "the Governor issued memoranda, through his attorney, and did what he claimed he could not do by directing executive agencies on how to proceed in enforcing the law." (*Id*. at p. 5). In light of this, the Court found the Governor to be "a proper party to such lawsuits." (*Id*. at 9). As there

---

[1] Plaintiffs in *Bowling v. Pence* also challenged the constitutionality of IC § 31-11-1-1(b).

is now no dispute as to whether the Governor is a proper party to this action, the Court should grant Plaintiffs' Motion for Reconsideration.

Respectfully submitted,

*/s/Laura E. Landenwich*
Laura E. Landenwich #27709-22
Daniel J. Canon
L. Joe Dunman
CLAY DANIEL WALTON ADAMS, PLC
Meidinger Tower, Suite 101
462 S. Fourth Street
Louisville, KY 40202
(502) 561-2005
Dan@justiceky.com
Laura@justiceky.com
*Counsel for Plaintiffs*

Shannon Fauver
Dawn Elliott
FAUVER LAW OFFICE, PLLC
1752 Frankfort Ave.
Louisville, KY 40206
(502) 569-7710
Shannon@fauverlaw.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all having entered their appearance in this case.

*/s/ Laura E. Landenwich*