UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MELISSA LOVE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 4:14-CV-15-RLY-TAB |
| | ) |
| MICHAEL RICHARD PENCE, | ) |
| in his official capacity as Governor | ) |
| of the State of Indiana, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

The Plaintiffs to this action, having resolved all disputed claims with Defendant Michael Pence, hereby dismiss their claims against Defendant Pence, with Prejudice.

Respectfully submitted,

/s/ Laura E. Landenwich
Laura E. Landenwich
Daniel J. Canon
L. Joe Dunman
CLAY DANIEL WALTON &ADAMS PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY  40202
(502) 561-2005 – phone
(502) 415-7505 - fax
laura@justiceky.com
dan@justiceky.com
louis@justiceky.com
*Counsel for Plaintiffs*


Shannon Fauver
Dawn Elliott

                                        FAUVER LAW OFFICE PLLC
                                        1752 Frankfort Avenue
                                        Louisville, KY  40206
                                        (502) 569-7710
                                        *Co-counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2015 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all having entered their appearance in this case.


                                          */s/ Laura E. Landenwich*